1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ROBB W., | Civil No. 3:19-CV-05859-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Social Security Appeals Council will direct the Administrative Law Judge (ALJ) to take the necessary steps to issue a new decision, including:

- Reevaluate the opinion evidence in accordance with 20 C.F.R. § 404.1527 and 416.927;

- Reevaluate Plaintiff's residual functional capacity; and

- Obtain supplemental vocational expert evidence, if warranted.

The parties agree that no aspect of the ALJ's prior decision is affirmed and Plaintiff may submit additional evidence and arguments to the ALJ on remand.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this <u>26th</u> day of June, 2020.

_____

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Ryan Lu
RYAN LU
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2034
Fax:  (206) 615-2531
ryan.lu@ssa.gov